Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Nicholas Garcia Alspaugh

FILED
CLERK, U.S. DISTRICT COURT
MAR 10 2016
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| NICHOLAS GARCIA ALSPAUGH, | Case No.: 2:15-cv-06340-E |
| Plaintiff, | /~~PROPOSED~~/ ORDER OF DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: 3/10/16

THE HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

-1-

1 DATE: March 7, 2016     Respectfully submitted,

2                         LAW OFFICES OF LAWRENCE D. ROHLFING

3                         BY: /s/ *Brian C. Shapiro*

4                         Brian C. Shapiro
                          Attorney for plaintiff Nicholas Garcia Alspaugh